UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JASON CATO, 21B0271

Plaintiff(s),

v. Superintendents, Mr. Schneider,
PATRICK REARDON, Marcy Corr.
Fac. Sgt. Cucoomber, CIo's, Murphy,
Mitchell, Snedecker, Administration office.

Defendant(s).

**COMPLAINT**
(Pro Se Prisoner)

**Case No.** _____
(Assigned by Clerk's
Office upon filing)

**Jury Demand**
☐ Yes
☐ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's social security number, taxpayer identification number, or birth date; the name of a person known to be a minor; or a financial account number. A filing may include *only*: the last four digits of a social security number or taxpayer-identification number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. *See* Fed. R. Civ. P. 5.2.

---

I.    **LEGAL BASIS FOR COMPLAINT**

This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution and laws of the United States. Indicate below the federal basis for your claims.

☑ 42 U.S.C. § 1983 (state, county, or municipal defendants)
☐ *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)
☐ Other (please specify) _____

II.    PLAINTIFF(S) INFORMATION

Name: JASON CATO

Prisoner ID #: 21B0271

Place of detention: Marcy Correctional Facility

Address: 9000 Old River Road, P.O. Box 3600

Marcy, New York 13403-3600.

Indicate your confinement status when the alleged wrongdoing occurred:

☐ Pretrial detainee

☐ Civilly committed detainee

☑ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Immigration detainee

Provide any other names by which you are or have been known and any other identification numbers associated with prior periods of incarceration:

Superintendent Schneider

If there are additional plaintiffs, each person must provide all of the information requested in this section and must sign the complaint; additional sheets of paper may be used and attached to this complaint.

III.    DEFENDANT(S) INFORMATION

Defendant No. 1: Reardon Pactrick
Name (Last, First)

Superintendent
Job Title

Marcy Corr. Facility, 9000 Old River
Work Address

Marcy          New York          13403
City                   State          Zip Code

Defendant No. 2: Schneider
Name (Last, First)

Deputy Superintendent
Job Title

2

Marcy Corr Fac. 9000 Old River Rd., P.O.Box 3600
Work Address

Marcy          New York       13403-3600
City                   State                    Zip Code

Defendant No. 3:    Murphy, Mitchell, Snedecker
                    Name (Last, First)

Correction   Officers
Job Title

Marcy Corr. Fac. PO Box 3600
Work Address

Marcy       New York       13403
City              State              Zip Code

Defendant No. 4:    Bell Administration Office
                    Name (Last, First)

Guidance Unit
Job Title

Marcy
Work Address

Marcy       New York       13403
City              State              Zip Code

If there are additional defendants, the information requested in this section must
be provided for each person; additional sheets of paper may be used and
attached to this complaint.

IV.    STATEMENT OF FACTS

State briefly and concisely the facts supporting your claims. Describe the
events in the order they happened. Your statement of facts should include the
following:

- The date(s) on which the events occurred
- Where these events took place (identify the facility and, if relevant, the
  specific location in the facility)

3

- How each defendant was involved in the conduct you are complaining about

If you were physically injured by the alleged misconduct, describe the nature of your injuries and the medical evaluation and treatment you were provided. You need not cite to case law or statutes or provide legal argument in the Statement of Facts. Use additional sheets of paper if necessary.

The Defendants deprived the Plaintiff of his Constitutional rights in accord to the United States Constitution for failure to treat the Plaintiff fairly pursuant to Due process and fundamental fairness Doctrine, where the Defendants are in fact extremely corrupt by failing to follow any of their own rules and regulations of New York State Directives, ordinances, or municipal policys. In fact the entire administration at Marcy Correctional facility has deprived the Plaintiff of Constitutional rights, in regards to Stealing his legal Mail, legal packages that come through the package room and the Stealing of plaintiffs finances in the amount of $600.00 in incumbrances of money that was received from the Internal Revenue Services.

V.    STATEMENT OF CLAIM(S)

State briefly and concisely the constitutional and/or statutory basis for each claim you seek to assert and identify the defendant(s) against whom each claim is

asserted. Commonly asserted claims include: excessive force; failure to protect; deliberate indifference to medical needs; unconstitutional conditions of confinement; denial of due process in a disciplinary or other proceeding; denial of equal protection; retaliation for the exercise of a First Amendment right; and interference with free exercise of religion. Legal argument and case citations are not required. Use additional sheets of paper if necessary.

### FIRST CLAIM

Deprivation of Constitutional rights of the United States Amendments.

### SECOND CLAIM

Deprivation of New York Statutory Constitutional rights.

### THIRD CLAIM

Deprivation of own Directives and municipal laws, treaties, and ordinances.

VI.    RELIEF REQUESTED

State briefly what relief you are seeking in this case.

To compel the Defendants to follow Constitution and their own Directives, municipal laws, and treaties.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 17th 2022    _____
                             Plaintiff's signature
                             (All plaintiffs must sign the complaint)

(revised 10/2/16)